UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00213
(Consolidated with No. 6:20-cv-00253)

**Brandon Lee Hodge,**
*Plaintiff,*

v.

**Longview Police Department et al.,**
*Defendants.*

**ORDER**

Plaintiff Brandon Lee Hodge, proceeding pro se and in forma pauperis, filed this lawsuit pursuant to 42 U.S.C. § 1983. Doc. 26. Plaintiff alleges that defendant Brady Welch—a Longview Police Department narcotics detective—defamed plaintiff's character by alleging that plaintiff committed a felony as stated in a September 4 and 5, 2019 arrest warrant and probable cause statement. *See* Doc. 26-1. This case was referred to United States Magistrate Judge John D. Love. Doc. 3.

On April 30, 2021, the magistrate judge issued a report (Doc. 30) recommending that the amended complaint be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff did not file any objections to the report and recommendation.

When there have been no timely objections to a magistrate judge's report, the record is only reviewed for clear error. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the magistrate judge's report (Doc. 30), plaintiff's claims are dismissed with prejudice.

*So ordered by the court on May 26, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge